# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

Akeem Alim-Nafis Abdullah-Malik )   Civil Action No. _____
*[Enter the full name of the plaintiff in this action]* )                  *(to be assigned by Clerk)*
) 
) 
)   **C O M P L A I N T**
v. )   ~~State Prisoner~~ A. A-m
Bruce M. Bryant et.al )   Pre-Trial Detainee
James F. Arwood et.al )
Richard L. Martin Jr et.al )
Gary L. Davies et.al )
All Listed And Unknown Agents )
*Enter above the full name of defendant(s) in this action* )

## I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonment?   Yes_____   No_____

B. If your answer to A is Yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

   1. Parties to this previous lawsuit:

   Plaintiff: Akeem Alim-Nafis Abdullah-Malik

   Defendant(s): United States Department of Justice | Bureau of Prisons

   2. Court: U.S. Middle District of North Carolina 4th Fourth Circuit
   *(If federal court, name the district; if state court, name the county)*

   3. Docket Number: Unavailable at Present

   4. Name(s) of Judge(s) to whom case was assigned: Fourth Circuit En Banc Panel

   5. Disposition: Appealed - Reward Modified Cure Inacted ...
   *(For example, was the case dismissed? Appealed? Pending?)*

   6. Approximate date of filing lawsuit: Approximately 2002 thru 2008

   7. Approximate date of disposition: 2008 | 2007 | 2006 | 2005

II. PLACE OF PRESENT CONFINEMENT

A. Name of Prison/Jail/Institution: York County Detention Center

B. What are the issues that you are attempting to litigate in the above-captioned case? Violations of U.S. Constitutional Amendments, Civil Rights Violations, and Human Rights Violations

C. (1) Is there a prisoner grievance procedure in this institution? Yes ✓    No _____

(2) Did you file a grievance concerning the claims you are raising in this matter? Yes _____    No ✓

When October thru Present Grievance Number (if available) Unavailable at Present

D. Have you received a final agency/departmental/institutional answer or determination concerning this matter (i.e., your grievance)? Yes ✓    No _____

E. When was the final agency/departmental/institutional answer or determination received by you? Ongoing to Present

*If possible, please attach a copy of your grievance and a copy of the highest level decision concerning your grievance that you have received.*

F. If there is no prison grievance procedures in this institution, did you complain to prison, jail, or institutional authorities? Yes _____    No _____

G. If your answer is YES:

1. What steps did you take? N/A

2. What was the result? Non-Conducive To U.S. Constitution, Civil Rights and Human Rights.

III. PARTIES

*In Item A below, place your name, inmate number, and address in the space provided. Do the same for additional plaintiffs, if any.*

A. Name of Plaintiff: Akeem Alim-Nafis Abdullah-Malik Pre Trial Detainee    Inmate No.: 195126JA

Address: 1675-3A York Highway, York, South Carolina 29745

*In Item B below, place the full name of the defendant, his official position, and place of employment in the space provided. Use Item C for additional defendants, if any.*

B. Name of Defendant: Bruce M. Bryant    Position: Sheriff

Place of Employment: Moss Justice Center York County

C. Additional Defendants (*provide the same information for each defendant as listed in Item B above*):

James F. Arwood et.al    Jail Administrator

Richard L. Martin, Jr et.al    Assistant Jail Administrator

Gary L. Davies et.al    Security Commander

Brad Hougley et.al    Training Lieutenant

Cheryl Guzman et.al    Administrative Lieutenant

Complaint - State Prisoner
Revised May 9, 2013

III, CONTINUED

From C. Plemmons    Lieutnant

Randy Guidery Classifications ICE 287g

John C. Hicks, Jr    Internal Affairs

Tammy M. Dover    R.N    Medical Services Coordinator

Sandie(y) Sternol - Dietitian Trinity Food Services
Oceanic Florida - Contracted thru. York County Detention
Facility

J.T. Strait -    Detention Officer Sergeant

McMillian    -    Detention Officer Sergeant

Hensun    -    Detention Officer Sergeant

Tucker    -    Detention Officer Sergeant

Penland    -    Detention Officer

Robinson    -    Detention Officer

Norris    -    Detention Officer

Yochem    -    Detention Officer

Mc Mahon/Reynolds -    Detention Officer

Two Unknown Unlisted In Instance Agent of Detention

IV.  STATEMENT OF CLAIM

*State here, as briefly as possible, the <u>facts</u> of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Use as much space as you need.  Attach an extra sheet if necessary.*

During my Pretrial Detention at York County Detention Facility Must Justice Center Under Custodian Krule M Bryant & York County Sheriff Department Et.Al And by Via Subordinate James F. Arwood Richard L Martin Jr And Gary L. Davies And El.Al Administrative Agency All Listed And Unlisted Known And Un Known Agents Detention Officers In Some Shape or Form Exidicises Due Ditterence of Negligence, Dirilection of Duties Abuse of Power & Authority, Mis Appropriation of Government State And County Funds Cruel And Unusual Punishment, Violation of Human Rights, Constitutional Rights, Civil Rights Uniform Commercial Code Rights Via Fudiciary Breach of Trust Anti-Trust Claytion And Sherman Acts Denying And or Impeding Due Process Access Adequate to Courts No Jail Prison Law Library No Attorney Privileges For Pretrial Detainer's or Pro-Se Litigants, Excessive Mes Classification For Segregation Unwarranted Purposes, Computer Fraud Lunch or Mes-Usage And Lying Under Oath Bad Acts Under Color of Law

Complaint - State Prisoner
Revised May 9, 2013

IV.   STATEMENT OF CLAIM - continued.

Abridgement of Privileges, Right To Redress/Redress in Appropriate Non, due Process Disipinary Hearings No Impartial Proceedings Bias Discrimination Racial Hate Crimes, Disparities EEO Violations American Disability Act, Veterans Court Act Rehabilitation Act Suspension of Pretrial Detainees Rights & Privilege Free Exercise of Religion Unbiased Provision Not Made Nor Wearing of Religious Items forbidden Religous Retaliation Violation of 20 USC 1962 Act R.I.C.O. and New Jersey Appeals Hate Crimes, 42 U.S.C. 1983 42 USC 2000(e) Title VII and Title V Violations In A Farce Nocturnal Performance Since my Tenure Here September 14th, 2013 via Present. Dates Are Available via Exhaustion of Remedies Not Able To Copy in Fear of Loss of Legal Property & Damages & Threat To Life & Lab.

    Claim IS Made Whereine Local State Court Refusal of 42 U.S.C. 1983. Which IS Jurisdiction For Such State Claim Even In Being Jail Pretrial Awaiting Trial. I Am denied Human Rights, Constitutional Rights & Civil Rights. Uniform Command Code Rights As Naturalized in The United States of America And A Veteran of U.S. Army 3-Time Honorable Discharged. ...

Complaint - State Prisoner
Revised May 9, 2013

PAGE IV CONTINUED

*ADDENDUM*

I' AM MOVING TO ADDENDUM COMPLAINT PURSUANT

TO 42 USC 1997(d) RETALIATION(S) MEDICAL

NEGLIGENCE SINCE DECEMBER 24th, 20,014

RETROACTIVE TO TENURE HERE SEPTEMBER, 15th/16th,

20,013.

I' AM MOVING TO ADDENDUM. TRINITY SERVICES

FOOD GROUP or TRINITY FOOD SERVE GROUP CONTRACTED

VIA SHERIFF BRUCE M. BRYANT et.d. & JAIL Administrator

JAMES F. Arwood. Conjunctively WITH FOOD SERVICES

DEPARTMENT OF HEALTH VIOLATIONS, POOR below STANDARDS

OF QUALITY FOOD, REPEATIVE, REDUNDANT NON Nutritional

FOODS VIA SANDIE STERNO DIETITION OF

TRINITY FOOD SVC GROUP or TRINITY SVC FOOD GROUP. Oldsweld

FLORIDA. JAMES F. ARUSED. Deliberatly & Intentionally

VIOLATES Professional Codes & Ethics NON POSTING OF

MENUS, DEPARTMENTAL AND Institutional Policy. ENFORCING

Subordinates TO MANDATE ENFORCE NON Conducive

NON Available Services That ARE IN A PRETRIAL

DETAINEES ISSUED HANDBOOK. However ARE Inconsistent

WITH U.S. Constitutional LAW, S.C. LAW, FEDERAL LAWS

CIVIL RIGHTS Uniform Commercial Codes. Etc !!!

JAMES F.ARused et.al, ONgoingly At The Jail

Administration by & via Sherriff Bruce M. Bryant et.al

Openly AND UNWarrant DENY Due Process IN

NOT HAVING DEPARTMENTAL Policies, Institutional

Policies Available NOR POSTED FOR American

Correctionall Accredication NOR S.C Laws
OF Local Jails Institution. Again R.I.C.O.
Government Funding, Mis Usage, Price Guaging,
Low/Below Budgeting Quality Services. Conceating
Records. Denying Due Process and Access To
Records. Conjunctively With Omitting Halal/
Kosher Religious Diets By Enforcing
Ovo-Lacto Vegetarian Diet. Inspite Plantiffs
Offering To Cure to Be Consistar With
Plantiff. Initial Entry Into York County
Detention Facility IN Processed At
Insuming Fish/Foul Chicken/ No Turky
Jr Turky By-Products However Plantiff

Has Exhausted Any Remedies Via
Request For Modification or Recourse Reluntily
Provided to Plantiff to Impede Complaint By
Withholding Till 3-Days Has Lapsed.
Validating Complaint As Void. As Well
Appeal Procedures Negating Denying Houston
-Vs- Lack Prison Mailbox Rule Of Filing
Adjustment Committees Upholding Sancations,
Displaying Proceeding Denying Due Process...
Via Hosts of Hate Crimes, Racial Malice
Targeting, Profiling, Sterotyping. Etc!!!
Plantiff Asserts Instant York County
Detention Facility Violates American

DISABILITY Act, VETERANS Court Act, Via NO WHEEL Chair Assesment(s), Crutches, Canes, Medical Supplies Urine Cups, Bed Pans. Leaving Plantiff In Fynding For Self. Violated by 8th Amendment Violations. Plantiffs Rest WITH Prejudice TO ADDENDUM Complaint by/via Appointment of Counsel. York Country Detention Facility Is/Does STEAL, Defraud Government by/via Taking Monies In Total via U.S. Postal Money Orders AND KIOSK Machine WITH INadmissible Federal Law Deducting Going UN-Taxed by FEDERAL Regulation For Medical Respective Sick Calls For CHRONIC Care, & S. Go Charge AT All

Sick Calls, Over Charging For Medicines,
Double Charging For Medicines, Confiscating
All Incoming U.S. Postal Money Orders
And Over Charging Kiosk Machine. Without Federal
Or State Regulatory Tax Authorization. Sheriff
Bruce M. Bryant, el.al IN Default Of Not
Responding To Timely Recourse And Redress
Accepts Via Acquiesce The Total Sum of
$1,000,000,000,000 ONE Billion Dollars Absent
Attorney's Fees, Litigation Expenses, Emotional Distress,
Physical Damage To Federal Property. In
Instances Here, Before, And After ...

V.   RELIEF

*State briefly and exactly what you want the court to do for you*

Issuance of Civil Summons by USA
U.S. Marshal Service [AO285] Actions. Grant
Liano And Punitive Damages In Sum of
$ 000 000 000 One-Billion Dollars.
Not Inclusive of Attorney' Fee's Litigation Fee's
Medical Fee's, Loss And Damages. Declatory,
Compensatory + Punitive Damages. Jail Meditation
Food Service Upgrade to Quality Food, Jackets, T-
Shirts, Winter Coats For Prisoners, Shoes, Long
Johns, Rehabilitation Programs, Counseling, Case
Managers For displaced PreTrial Detainees Ex-Guards,
Convicts, + Today's New Type Covert Inmates.
South Carolina Modify Its Local Detention Standards
Above + Beyond [Barnwell's Minimum, Allowing P.I.C.O.
Rule of Twelve] Breaches. Additional Acts Discontinued.
Issuance of Warrants Ans Suspends. [Are Remand
To Civil And If Warranted [Criminal Prosecution
by U.S. Attorney Office Federal Authority Notified.
[Ail Needs 21st Century W/out Prejudice EEO Rights
For Employees And News + News Media Coming Etc!! Etc!!

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _____7th_____ day of _____January_____, 20_014_.

_____

M.Ch_____   A-N Abdullah. Malik
*Signature of Plaintiff*        UCC I-207

IN THE UNITED STATES DISTRICT COURT

January 8th, 2014.

DEAR CLERK
    I'am Asking Copies Be Provided To Each
Defendant For THE Sole Purpose OF Indigent PreTrial
Detainee Plaintiff. Under Duress of Indigency TO
Process Any Service Via U.S. Marshal Service.

    I'Am Requesting (1) Files Returned Cp, to myself
Copies Delivered Via U.S. Marshal Service TO Respectful
Defendants. U.S. Attorney Be Notified of Potential
Prosecution(s). As Well Case Be Assigned to A Judge
For Adjudication As Well Appointment of Counsel.
Plaintiff Is Without Access to A ADEQUATE of Jail
Detention Facility Law Library, Plaintiff Is In
Medical Sleaming From Physical Assault. By
Via Jail Administrator James F. Arwood. et. al. by
Sherrett Bruce M. Bryant et al.

                                        Respectfully submitted:
                                        mr. Al___a.n Abdullah-Malk
                                        Mr. Mccen A-N Abdulla-Malik

RECEIVED
USDC CLERK. COLUMBIA. SC
2014 JAN 13  PM 3:06

January 8th, 2,014

DEAR CLERK

I'AM A PRETRIAL DETANCE. DETAINED AGAINST MY NATURAL LIVING WILL Subjected to Malice Malicious DELIBERATE INTENTIONS [Cruel and Unusual Punishment, Denied Due Price or Well Equal Protection of the Law. Segregated, Now Deprecated. via Isolation In Either Segregated Units or Isolation Units. Denied Adequate Medical Treatment And Subjected to Modern Reprisals, Retaliations. Emotional Distress. Psychological Probings, & Mis-Classifier to Ex-Convict Fed Reg # [21570-057]

While there Law & State Agencies & Agents Are Seeking Annihilation. I'm seeking Executive, Legislative, & Judicial Notice to Lend Answers of Statutory Rights Your Network!!

AND JAIL Administrator James F Arwood; et al;

Richard L. Martin, Jr. Et al. Gray L Power, et al ...

And Known And Unknown Losers And Unknown Agents !!!

DEAR CLERK OF COURT                January 8th, 20,014.

I'Am Filing This In Fear of Further Retaliations, Reprisals Further Unwarranted Isolations, Shock Treatments, Cruel & Unusual Punishment, Farce of Conspiration, And Co-Conspirators To Annihilate The Plantiff To Cover Up, Sweep Under Rug Foul Abusive Emotional Distress Abuse Mentally, Physically, Spiritually, Via Allege Deliberate Unethical 19th Century Practices By The State Of South Carolina Sarrate and Local Detentions And Prisons(S). York County IS In Violation of American Correctional Accreditation, American Disability Act, Veterans Act & Veterans Court & All Pretrial Detainees And EEO Rights of African American and Latino Ex Isic

I Am Akeem Alim. Nafis Abdullah-Malik, Plaintiff Moves For Judgment By Default In The Sum of One-Billion Dollar In Gold And Silver. Tendered To Plaintiff by/via U.S. Treasury Department MR. Timothy Geither. For Damage To Federal Property. Mis-Use of Government Funds, R.I.C.O. Via Sherrif Bruce M. Bryant et.al And Jail Administrator James F. Arn, et al And All Listed & Unlisted Respondents Known And Unknown Agents. For Violations of Human Rights, Constitutional Rights, Civil Rights Denying Due Process, Imposing Due Process And Religious Free Exercise, $1^{st}, 4^{th}, 5^{th}, 6^{th}, 8^{th}, 11^{th}, 13^{th}, \& 14^{th}$ U.S Constitutional Amendments.

I Am SEEKING DECLATORY, COMPENSATORY, AND
PUNITIVE DAMAGES AND TORTIOUS CLAIM Damages.

I Am being detained ON Excessive Bail By CUSTODIAN
SHERIFF Bruce M. Bryant. et.al. STATE Solicitor 16th Judicial
Circuit AND FARCE OF RICO Act, HATE Crime Violations......

I Am IN WARRANTOR EMERGENCY FEDERAL Removal
OF FEDERAL Property Held Hostage by Escrow Account
#[14512L5A] WRIT OF TRANSFER TO CHARLOTTE NORTH
Carolina IN 4th Circuit TO Hold Until IMMEDIATE
RELEASE CAN BE So ORDERED DISCHARGING All
Criminal MATTERS TO Plaintiff, & Bobby Robbins,
Kubi Byers, KEON KING, WAYNE Alton Patt, Angie
REED, Hadelious Massey, All detained on Excessive Bail..

Respectfully Submitted!

M.                a-N  abdullah- Malik

Mr. Alteen  A-N  Abdullah- Malik

THIS  said  8th  day  Jimmy  month  Twog  Thousand & Toulot  yr.



