IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Akeem Alim-Nafis Abdullah-Malik, | ) | C/A No.: 1:14-109-RBH-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Bruce M. Bryant, Sheriff; James F. Arwood, Jail Administrator; Richard L. Martin, Jr., Assistant Jail Administrator; Gary L. Davis, Security Commander; All Listed and Unknown Agents; Cheryl Cuzman, Administrative Lieutenant; Randy Guidery, Classification/ICE 287g; John C. Hicks, Internal Affairs; Tammy M. Dover, RN Medical Services Coordinator; Sandie Stervul, Dietitian Trinity Food Services Oldsmar, Florida Contracted thru York County Detention Facility; JT Strait, Detention Officer Sergeant; McMillian, Detention Officer Sergeant; Penland, Detention Officer; Robinson, Detention Officer; Yochem, Detention Officer; McMahan, Detention Officer; Reynolds, Detention Officer; Wendy Plemmons; MA Gurdy; York County Sheriff's Office; York County Detention Center; and Sgt. McMillian, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff Akeem Alim-Nafis Abdullah-Malik, proceeding pro se and in forma pauperis, brings this action pursuant to 42 U.S.C. § 1983. This matter comes before the court on Plaintiff's motion for reconsideration [Entry #92]. The motion requests that the district court alter or amend the undersigned's order dated August 12, 2014 [Entry #77] and that the district judge conduct a de novo review of the order.

Pursuant to the provisions of 28 U.S.C. § 636(b) and Local Civ. Rule 73.02(B)(2)(d) (D.S.C.), all pretrial proceedings have been referred to the undersigned. The undersigned issued an order on August 12, 2014, addressing Plaintiff's non-dispositive motions in accordance with 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(a). On the same day, the undersigned issued a report and recommendation for the district judge's consideration on dispositive matters. To the extent Plaintiff wishes to appeal the undersigned's order, he may file objections pursuant to Fed. R. Civ. P. 72(a) and the district judge will modify or set aside any part of the order that is clearly erroneous or contrary to the law.

To the extent Plaintiff's motion requests the undersigned to reconsider the order, such request is denied. Motions for reconsideration of interlocutory orders are appropriately granted only in narrow circumstances: (1) the discovery of new evidence, (2) an intervening development or change in the controlling law, or (3) the need to correct a clear error or prevent manifest injustice. *American Canoe Ass'n v. Murphy Farms, Inc.*, 326 F.3d 505 (4th Cir. 2003). Plaintiff has not identified any of the narrow circumstances appropriate for granting a motion to reconsider. Therefore, Petitioner's motion for reconsideration [Entry #92] is denied.

IT IS SO ORDERED.

August 29, 2014                             Shiva V. Hodges
Columbia, South Carolina                    United States Magistrate Judge