AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

Akeem Alim-Nafis Abdullah-Malik,
*Plaintiff*
v.

Bruce M. Bryant, et al Sheriff; James F. Arwood, et al Jail Administrator; Richard L. Martin, Jr., et al Assistant Jail Administrator; Gary L. Davis, et al Security Commander; All Listed and Unknown Agents; Ben Howley, et al Training Lieutenant; Cheryl Cuzman, et al Administrative Lieutenant; Randy Guidery, Classification/ICE 287g; John C. Hicks, International Affairs; Tammy M. Dover, RN Medical Services Coordinator; Sandie Stervul, Dietitian Trinity Food Services Group Oldsmar, Floridia Contracted thru York County Detention Facility; J.T. Strait, Detention Officer Sergeant; Henson, Detention Officer Sergeant; Tucker, Detention Officer Sergeant; Penland, Detention Officer; Robinson, Detention Officer; Norris, Detention Officer; Yochem, Detention Officer; McMahan, Detention Officer; Reynolds, Detention Officer; Wendy Plemmons; M.A. Gurdry; York County Sheriff's Office; York County Detention Center; Sgt. McMillian,
*Defendant*s

Civil Action No.    1:14-cv-00109-RBH

)
)
)
)
)
)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the plaintiff, Akeem Alim-Nafis Abdullah-Malik, shall take nothing of the defendants, Ben Howley, Henson, Tucker, Norris, All Listed and Unknown Agents, Cheryl Cuzman, Randy Guidery, John C. Hicks, Tammy M. Dover, J.T. Strait, Penland, Robinson, Yochem, McMahan, Reynolds, Wendy Plemmons, M.A. Gurdry, York County Sheriff's Office, York County Detention Center, and Sgt. McMillian, as to the complaint filed pursuant to 42 U.S.C. §1983 and the action as to these defendants is dismissed without prejudice.

■ other: the plaintiff, Akeem Alim-Nafis Abdullah-Malik, shall take nothing of the defendants, Bruce M. Bryant, James F. Arwood, Richard L. Martin, Jr., and Gary L. Davis, as to the complaint filed pursuant to 42 U.S.C. §1983 and the action as to these defendants is dismissed with prejudice.

■ other: the plaintiff, Akeem Alim-Nafis Abdullah-Malik, shall take nothing of the defendant, Sandie Stervul, as to the complaint filed pursuant to 42 U.S.C. §1983 and the action as to this defendant is dismissed without prejudice.

This action was *(check one)*:

❒ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, United States District Judge, presiding, ruling on the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which dismissed Ben Howley, Henson, Tucker, and Norris without prejudice.

■ decided by the Honorable R. Bryan Harwell, United States District Judge, presiding, in the order dated 3/24/2015, which adopted the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which granted defendants James F. Arwood and Bruce M. Bryant's motion to dismiss.

■ decided by the Honorable R. Bryan Harwell, United States District Judge, presiding, in the order dated 3/24/2015, dismissing Sandie Stervul.

Date:   March 25, 2015                                     *ROBIN L. BLUME, CLERK OF COURT*

                                                            s/M. Walker
                                          _____
                                                  *Signature of Clerk or Deputy Clerk*